IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHELLE LANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 06-3127 |
| | ) |
| CAROLYN ROBERTSON, Warden, | ) |
| Lincoln Correctional Center, | ) |
| | ) |
| Respondent. | ) |

## OPINION

RICHARD MILLS, U.S. District Judge:

The Court ordered Petitioner Michelle Lane to pay the required filing fee for this case. See d/e 17. It warned Petitioner that her case would be summarily dismissed if she did not pay the filing fee by July 7, 2006. Id.

It is now July 12, 2006. Petitioner has not paid the filing fee.

ERGO, this case is DISMISSED because Petitioner failed to timely pay the filing fee. All pending motions are DENIED AS MOOT. This case is CLOSED.

IT IS SO ORDERED.

ENTER:   July 12, 2006

FOR THE COURT:                    s/ Richard Mills
                                  United States District Judge