E-FILED
Wednesday, 02 August, 2006  09:55:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MICHELLE LANE,                )
                              )
    Petitioner,                )
                              )
v.                            )    No. 06-3127
                              )
CAROLYN ROBERTSON, Warden,    )
Lincoln Correctional Center,  )
                              )
    Respondent.                )

## OPINION

RICHARD MILLS, U.S. District Judge:

This cause is before the Court on the Petition for Writ of Habeas Corpus Petitioner Michelle Lane filed pursuant to 28 U.S.C. § 2254.

Upon review of the petition, the Court finds that summary dismissal is not warranted pursuant to Rule 4 of the Rules Governing § 2254 Cases. Therefore, the Court directs the Attorney General for the State of Illinois to answer the Petitioner's petition.

The answer shall discuss the merits and the procedural posture of the petition. The answer shall also indicate what transcripts of prior

proceedings are available and can be furnished.  <u>See</u> Rule 5 of the Rules Governing § 2254 cases.

<u>Ergo</u>, the Attorney General for the State of Illinois is Ordered to file an Answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254. The Attorney General's Answer is due by September 22, 2006.

IT IS SO ORDERED.

ENTER:   August 1, 2006

FOR THE COURT:                    s/ Richard Mills
                                  United States District Judge